IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ASBESTOS LITIGATION | ) |
| | ) |
| JOHN T. RHODES and SONOKO RHODES, | ) ) ) |
| | ) |
| Plaintiffs, | ) |
| | ) C.A. No. 20-366 (MN) (SRF) |
| v. | ) |
| | ) |
| BOEING COMPANY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

At Wilmington, this 26th day of January 2022:

WHEREAS, on January 11, 2022, Magistrate Judge Fallon issued a Report and Recommendation ("the Report") (D.I. 109) in this action, recommending that the Court grant the unopposed motion for summary judgment of Defendants Pneumo Abex, LLC (D.I., 99), The Goodyear Tire & Rubber Company (D.I. 100), and Northrop Grumman Corporation (D.I. 102); and

WHEREAS, no party filed objections to the Report pursuant to 72(b)(2) of the Federal Rules of Civil Procedure in the prescribed period, and the Court finding no clear error on the face of the record;

THEREFORE, IT IS HEREBY ORDERED that the Report and Recommendation is ADOPTED.

Defendant Pneumo Abex LLC's Motion for Summary Judgment (D.I. 99) is GRANTED.

Defendant The Goodyear Tire & Rubber Company's Motion for Summary Judgment (D.I. 100) is GRANTED.

Defendant Northrop Grumman Corporation's Motion for Summary Judgment (D.I. 102) is GRANTED.

The Clerk of Court is HEREBY DIRECTED to enter JUDGMENT in favor of Defendants Pneumo Abex, LLC, The Goodyear Tire & Rubber Company, and Northrop Grumman Corporation and against Plaintiffs John Rhodes and Sonoko Rhodes.

IT IS FURTHER ORDERED that Defendant The Goodyear Tire & Rubber Company's motion relating to punitive damages and misrepresentation (D.I. 101 at 11-12) is DENIED as moot.

                                        _____
                                        The Honorable Maryellen Noreika
                                        United States District Court Judge